1  JOHN M. ROCHEFORT (State Bar No. 054427)
2  JOHN D. ARYA (State Bar No. 156108)
   ALAN D. HEARTY (State Bar No. 233872)
3  **WESTON, BENSHOOF, ROCHEFORT,**
     **RUBALCAVA & MacCUISH LLP**
4  333 South Hope Street
   Sixteenth Floor
5  Los Angeles, California  90071
   Telephone:  (213) 576-1000
6  Facsimile:  (213) 576-1100
   mrochefort@wbcounsel.com
7  jarya@wbcounsel.com
   ahearty@wbcounsel.com

8  CRAIG J. WHITNEY (State Bar No. 85725)
   **EXXON MOBIL CORPORATION**
9  800 Bell Street, Suite 1583E
   Houston, Texas 77002
10 Telephone:  (713) 656-9258
   Facsimile:   (262) 313-5181
11 Craig.J.Whitney@exxonmobil.com

12 Attorneys for Defendant and Counterclaimant
   **EXXONMOBIL OIL CORPORATION**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kaisuen Kong, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>ExxonMobil Oil Corporation, a New York corporation,<br><br>   Defendant. | Case No.: SA CV07-1128 CJC (JCx)<br>Hon. Cormac J. Carney<br><br>**ORDER PURSUANT TO STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**Rule 41(a)(1), Fed. R. Civ. Pro.** |
| ExxonMobil Oil Corporation, a New York corporation,<br><br>   Counterclaimant,<br><br>  v.<br><br>Kaisuen Kong, an individual,<br><br>   Counterdefendant. | Filing Date:        September 25, 2007<br>Trial Date:          TBD<br>Discovery Cut-off: TBD<br>Motion Cut-off:    TBD |

1

1108353.1

1  Having received and considered the Stipulation for Order Dismissing
2  Action with Prejudice filed by the parties, through their respective attorneys of record,
3  this action including plaintiff's Complaint and the Counterclaim filed by ExxonMobil
4  Oil Corporation shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the
5  Federal Rules of Civil Procedure.  Each party shall bear his or its own attorneys' fees,
6  costs and expenses of litigation.

7
8  DATED: January 17, 2008

_____
Cormac J. Carney, United States
District Judge

2

1108353.1

**PROOF OF SERVICE**

I, Marlene D. Yokley, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On January 16, 2008, I served the document(s) described as **[PROPOSED] ORDER PURSUANT TO STIPULATION DISMISSING ACTION WITH PREJUDICE** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS   ☐ UPS   ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS   ☐ UPS   ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☒ BY ELECTRONIC MAIL WITH ATTACHMENT: On this date, I transmitted the above mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2008, at Los Angeles, California.

Marlene D. Yokley

1108353.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Kaisuen Kong v. ExxonMobil Oil Corporation**
**United States District Court – Central District**
**Case No. SACV07-1128**

**SERVICE LIST**

| | |
|---|---|
| Hock L. Yong, Esq. | Attorneys for Plaintiff |
| Barclay Law Group, APLC | |
| 160 W. Valley Boulevard, Suite A | Telephone:  (626) 280-8669 |
| San Gabriel, CA 91776 | Facsimile:   (626) 280-8689 |

1108353.1

**PROOF OF SERVICE**

I, Marlene D. Yokley, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On January 16, 2008, I served the document(s) described as **[PROPOSED] ORDER PURSUANT TO STIPULATION DISMISSING ACTION WITH PREJUDICE** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS    ☐ UPS NEXT DAY AIR    ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS  ☐ UPS  ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS  ☐ UPS  ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY ELECTRONIC MAIL WITH ATTACHMENT: On this date, I transmitted the above mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☒ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2008, at Los Angeles, California.

Marlene D. Yokley

1108353.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Kaisuen Kong v. ExxonMobil Oil Corporation**
**United States District Court – Central District**
**Case No. SACV07-1128**

**SERVICE LIST**

Hock L. Yong, Esq.                    Attorneys for Plaintiff
Barclay Law Group, APLC
160 W. Valley Boulevard, Suite A      Telephone:  (626) 280-8669
San Gabriel, CA 91776                 Facsimile:   (626) 280-8689

1108353.1